AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MILAGROS FRANCO, <br><br> *Plaintiff(s)* <br> v. <br> FULTON GATEWAY, LLC, BURGER KING COMPANY LLC AND 41725 FULTON OPERATING CORP, <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-07519   DG-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> FULTON GATEWAY, LLC
>
> c/o C T Corporation System
> 28 Liberty Street
> New York, NY, United States, 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ROBERT HANSKI, ESQ.
> PARKER HANSKI LLC
> 40 WORTH STREET, SUITE 602
> NEW YORK, NY 10013
> email: rgh@parkerhanski.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna B. Mahoney

CLERK OF COURT

Date: 10/10/2023

*Alisha Francis*
Signature of Clerk or Deputy Clerk